PROB 12 (Rev. 11/1/2004)

FILED BY CLERK OF COURT

# United States District Court

**for the**

**DISTRICT OF MINNESOTA**

**United States v. Mark Raymond Ostley**

**Docket No. 0:02CR00055-001(PAM)**

**Petition on Supervised Release**

COMES NOW **Joi C. Kvern**, U.S. PROBATION OFFICER OF THE COURT, presenting an official report upon the conduct and attitude of **Mark Raymond Ostley** who was sentenced for Mail Fraud on October 7, 2002, by the Honorable Paul A. Magnuson, who fixed the period of supervision at 3 years supervised release, and imposed the general terms and conditions theretofore adopted by the Court and also imposed special conditions and terms as follows:

Restitution in the amount of $273,613.43, participate in psychological/psychiatric counseling/treatment, provide financial disclosure, and no new credit/debt

RESPECTFULLY PRESENTING PETITION FOR ACTION OF COURT FOR CAUSE AS FOLLOWS:

**Mr. Ostley has violated the conditions of supervised release based on the following:** Mr. Ostley's restitution obligation is in default and he has not made a restitution payment since December 2005.

PRAYING THAT THE COURT WILL ORDER That conditions of supervision be modified to include the following.

The defendant shall perform 32 hours of community service, as approved by the probation officer.

ORDER OF THE COURT

Considered and ordered this 5th day of June, 2006, and ordered filed and made a part of the records in the above case.

Honorable Paul A. Magnuson
Senior U.S. District Judge

I declare under penalty of perjury that the foregoing is true and correct.

Joi C. Kvern
U.S. Probation Officer

Executed on June 2, 2006
Place Minneapolis

c: United States Sentencing Commission

SCANNED
JUN 07 2006
U.S. DISTRICT COURT ST. PAUL